UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                     §
                                           §
BRUGMAN, PEBBLES COLLEEN                   §          Case No. 09-23465 KRM
                                           §
         Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANGELA WELCH ESPOSITO, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANGELA WELCH ESPOSITO, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of the West PO Box 8160 Walnut Creek, CA 94596 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC PO Box 5222 Carol Stream, IL 60197 | | | | | |
| | HSBC Retail Credit USA, Inc. Attn: Closed-End Customer S P O Box 4169 Carol Stream, IL 60197-4153 | | | | | |
| | Polaris HSBC Retail Services PO Box 15521 Wilmington, DE 19850 | | | | | |
| | Southeast Toyota Finance PO Box 8500 Philadelphia, PA 19178 | | | | | |
| | Suzuki HSBC Retail Services PO Box 15521 Wilmington, DE 19850 | | | | | |
| | USAA Federal Savings Bank 10750 McDermott Freeway San Antonio, TX 78288 | | | | | |
| 000001 | BANK OF THE WEST | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANGELA WELCH ESPOSITO, TRUSTEE | | | | | |
| ANGELA WELCH ESPOSITO, TRUSTEE | | | | | |
| Union Bank | | | | | |
| TAMPA MACHINERY AUCTION | | | | | |
| TAMPA MACHINERY AUCTION | | | | | |
| TAMPA MACHINERY AUCTION | | | | | |
| TAMPA MACHINERY AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial PO Box 9001873 Louisville, KY 40290 | | | | | |
| | Sallie Mae PO Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | USAA Federal Savings Bank 10750 McDermott Freeway San Antonio, TX 78288 | | | | | |
| 000002 | AIR FORCE FCU | | | | | |
| 000003 | CAPITAL ONE  N.A. | | | | | |
| 000004 | CAPITAL ONE N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 09-23465   KRM   Judge: K. RODNEY MAY | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | BRUGMAN, PEBBLES COLLEEN | Date Filed (f) or Converted (c): | 10/16/09 (f) |
| | | 341(a) Meeting Date: | 11/20/09 |
| For Period Ending: | 08/07/13 | Claims Bar Date: | 05/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3619 Woodhill Dr., Brandon, FL 33511. Legal desc: keep | 120,685.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Air Force Credit Union | 28.49 | 0.00 | | 0.00 | FA |
| 4. Grow Financial checking Acct #****4033. Account in | 36.23 | 0.00 | | 0.00 | FA |
| 5. Grow Financial checking Acct #****8026 | 224.07 | 0.00 | | 0.00 | FA |
| 6. Couch, dining room table, kitchen table, bedroom s | 550.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 10.00 | 0.00 | | 0.00 | FA |
| 8. Engagement ring, wedding band, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 9. 2006 36' Holiday Rambler Presidential M-34RL RV. V | 29,520.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Utility Trailer. VIN: 1MDFHDJ195A295606; Debt | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Motorcycle GSXR 1000. VIN: JS1GN7DAX62107706 | 5,880.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Motorcycle GSXR 600. VIN: JS1GT76Z562103694 | 4,660.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Toyota Prius. VIN: JTDKB20U587717014 | 16,150.00 | 0.00 | | 0.00 | FA |
| 14. Kawasaki Dirt Bike 125KX, Honda 400ex ATV, and Uti | 3,800.00 | 2,850.00 | | 2,850.00 | FA |
| 15. Honda 400ex ATV; Debtor is surrendering property | 2,000.00 | 800.00 | | 800.00 | FA |
| 16. 2004 19' Four Winns Boat and trailer Boat HIN: GFN | 15,985.00 | 0.00 | | 0.00 | FA |
| 17. CONTINGENT CLAIMS (u) POssible FDC action | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.07 | FA |
| TOTALS (Excluding Unknown Values) | $200,678.79 | $3,650.00 | | $3,650.07 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded. Issues: possibel FDC to atty Lash, atv and trailer over
-2/10 check w/ atty Lash, looking into
-4/10 check status w/ atty Lash, nothing to pursue for FDC; just veh over now, debtor does not want
bb, sent to TMA to pick up and auction
-5/31/10 rev claims, no objs
-6/9/10 email TMA status, sd need ATV title asap, trailer will sell at june auction, need atv title,
debtros doesn't know where it is, from TX, hard to get dup title, I emailed D. atty req. copy asap.
may need mot compel...
-6/10/10 turns out atv has lien, debtor didn't disclose at 341, called atty, got lien info, called
lender, sold, called Bass now has debt they to research, they c/b they don't have titles, not doc
well, ok to let go, sending me lien release for this and other I can have to sell in estate, they
will just filed unsec claim....sent all info to d. atty and Luly at TMA
-6/11/10 rec'd 2 lien releases, forwarded to TMA
-7/2/10 rec'd proceeds from sale of first ATV, will be one more yet
July 08, 2010, 10:30 am Filed app to employ TMA Track No. 1CYSZ89FS3

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-23465  KRM  Judge: K. RODNEY MAY | Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | BRUGMAN, PEBBLES COLLEEN | Date Filed (f) or Converted (c): 10/16/09 (f) |
| | | 341(a) Meeting Date: 11/20/09 |
| | | Claims Bar Date: 05/07/10 |

July 08, 2010, 10:34 am  Filed RNS
July 12, 2010, 01:21 pm Filed App to Pay Auction Track No:QIEDDLBG3Z
-9/14/10 paid TMA
-12/10 issue w/ remaining veh, need to get title to sell, lender doesn't have proper paperwork and
or doesn't want back, will sign off and send title
-1/11 rev case waiting for title to sell remaining equip
-2/11 rec'd and sent to TMA for next sale
-5/11 rev poc, just need tma sale
-7/11 change of staff at tma, tt darin
-9/11 emails w/ darin - lender will sign off on title, need him to get a title to send to lender,
then can sell...
-12/12 yr end file rev, can't sell atv, TMA search shows lien, contacted "leinholder" on records,
they have no record sd ok to sell, darin sd can't sell, need atty not suff money in case, will
research and do myself
-2/12 tt atty gave instructions as to how to file to get title, working on, doing self.
April 15, 2012-reviewed case
7/15/2012-reviewed case...waiting for titles to vehicles....at TMA
August 30-motion filed for issuance of vehicle totales for Darin at TMA
September 04, 2012, 12:55 pm -Order for motion...court date not set...court asked for
order-YCLUS4PKP4
September 25, 2012, 12:05 pm -RNS filed with notice to Matrix
October 31, 2012, 11:29 am -motion to amend order and order granting motion to amend due to
svriveners error-QZMQ3A9ZHR
November 14, 2012, 10:52 am -called Sheryl at court returned her call about missing order..left
message for her and gave her cf # and to advsied what she wants me to do.
December 20, 2012, 02:10 pm -app/expense and order to pay TMA-RJ2G58VHSG
-1/13 ALL $ IN
January 10, 2013, 12:53 pm Prepare for close
Need to cut second check to auction yet and need BOS for both items., final review of claims
March 04, 2013, 04:02 pm File obj to claim 3
March 04, 2013, 04:24 pm Filed BOS for each item sold at auction
March 04, 2013, 04:29 pm w/d obj, backup provided.
Ready for close
March 04, 2013, 04:58 pm TFR
May 01, 2013, 02:19 pm -NOTICE
May 30, 2013, 11:11 am -ECOD

Initial Projected Date of Final Report (TFR): 11/30/10      Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-23465 -KRM | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | BRUGMAN, PEBBLES COLLEEN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1713 Checking Account |
| Taxpayer ID No: | *******7646 | | |
| For Period Ending: | 08/07/13 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/10 | | Tampa Machinery Auction | auction proceeds - ATV & Trailer | | 800.00 | | 800.00 |
| | 15 | | Memo Amount: 720.00 | 1129-000 | | | |
| | | | Auction ATV & trailer RNS Doc 30 | | | | |
| | 15 | | Memo Amount: 80.00 | 1129-000 | | | |
| | | | buyers premium | | | | |
| 07/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.02 | | 800.02 |
| 08/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.03 | | 800.05 |
| 09/14/10 | 000301 | TAMPA MACHINERY AUCTION, INC. | per oder | | | 132.00 | 668.05 |
| | | P.O. BOX 291069 | | | | | |
| | | TAMPA, FL 33687-1069 | | | | | |
| | | | Fees 80.00 | 3610-000 | | | |
| | | | Expenses 52.00 | 3620-000 | | | |
| 09/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | 0.02 | | 668.07 |
| 01/10/13 | | Tampa Machinery Auction | auction dirt bike RNS doc 46 | | 2,850.00 | | 3,518.07 |
| | 14 | | Memo Amount: 2,565.00 | 1129-000 | | | |
| | | | auction dirt bike RNS Doc 46 | | | | |
| | 14 | | Memo Amount: 285.00 | 1129-000 | | | |
| | | | buyers premium | | | | |
| 02/13/13 | 000302 | TAMPA MACHINERY AUCTION, INC. | Per Order Doc No 57 | | | 536.00 | 2,982.07 |
| | | P.O. BOX 291069 | | | | | |
| | | TAMPA, FL 33687-1069 | | | | | |
| | | | Fees 285.00 | 3610-000 | | | |
| | | | Expenses 251.00 | 3620-000 | | | |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,967.07 |
| 06/05/13 | 000303 | ANGELA WELCH ESPOSITO, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 912.52 | 2,054.55 |
| | | 12157 W. Linebaugh Ave PMB 401 | | | | | |
| | | Tampa, FL 33626 | | | | | |
| 06/05/13 | 000304 | ANGELA WELCH ESPOSITO, TRUSTEE | Chapter 7 Expenses | 2200-000 | | 119.31 | 1,935.24 |

Page Subtotals    3,650.07    1,714.83

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-23465 -KRM | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|
| Case Name: | BRUGMAN, PEBBLES COLLEEN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1713  Checking Account |
| Taxpayer ID No: | *******7646 | | |
| For Period Ending: | 08/07/13 | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/13 | 000305 | 12157 W. Linebaugh Ave PMB 401<br>Tampa, FL 33626<br>Air Force FCU<br>1560 Cable Ranch Rd<br>Suite 200<br>San Antonio, TX 78245 | Claim 000002, Payment 17.11021% | 7100-000 | | 1,935.24 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 3,650.00 | COLUMN TOTALS | 3,650.07 | 3,650.07 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 3,650.07 | 3,650.07 | |
| Memo Allocation Net: | 3,650.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 3,650.07 | 3,650.07 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 3,650.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********1713 | 3,650.07 | 3,650.07 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 3,650.00 | | 3,650.07 | 3,650.07 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,935.24

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)